UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

CHRISTOPHER WEIGMANN
on behalf of himself and all
others similarly situated,

    Plaintiff,                                                          Case No. 19-cv-1545

    v.

BEAR DOWN LOGISTICS, INC.

    Defendant

---

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

---

Plaintiff, Christopher Weigmann, hereby stipulates pursuant to FED. R. CIV. P. 41(a)(1)(A)(i) that this matter may be dismissed without prejudice and without costs to either party.

Dated: November 4, 2019         By: *s/ Scott S. Luzi*
                                                     Scott S. Luzi, SBN 1067405
                                                     Walcheske & Luzi, LLC
                                                     15850 W. Bluemound Road, Suite 304
                                                     Brookfield, Wisconsin 53005
                                                     Telephone: (262) 780-1953
                                                     Email: sluzi@walcheskeluzi.com

                                                     *Attorneys for Plaintiff*